IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : Case No.  3:21-CR-00074 |
| vs. | : HONORABLE THOMAS M. ROSE |
| Todd, Tiun | : |
| Defendant | : |

### ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on July 15, 2021, adding the following condition:

1. Not use alcohol at all.

All other bond conditions remain in full force and effect.

Date: 08/22/2022

HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE